**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**METE KRUEZI** **PETITIONER**

**VERSUS** **Cause No. 5:26-cv-00558-DCB-BWR**

**RAFAEL VERGARA** **RESPONDENT**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on Magistrate Judge Rath's Report and Recommendation ("Report") [ECF No. 10], which recommends that Petitioner Mete Kruezi ("Petitioner")'s 28 U.S.C. § 2241 Petition [ECF No. 1] be denied and dismissed without prejudice. Judge Rath recommends that the Petition must be dismissed without prejudice because Petitioner's post-removal-period detention claim is premature under the framework set forth in Zadvydas v. Davis, 533 U.S. 678 (2001). On August 12, 2026, Judge Rath issued the Report, and objections were due by August 26, 2026. No party objected to the Report and the time to do so has now passed.

## I. STANDARD OF REVIEW

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is

made.”). Where there are no objections, the Court applies the “clearly erroneous, abuse of discretion, and contrary to law” standard of review to the report and recommendation. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).

Here, after reviewing the record, no party objected to Judge Rath’s Report and Recommendation, and the period to object has lapsed. As such, the Court adopts the abuse of discretion standard in reviewing the Report.

## II. DISCUSSION

The Court, having considered Petitioner’s Petition [ECF No. 1], the record, the relevant law, and Magistrate Judge Rath’s Report [ECF No. 10], finds that Petitioner’s 28 U.S.C. § 2241 petition is premature under the framework set forth in Zadvydas, 533 U.S. 678. Therefore, the Court finds that Petitioner’s Petition [ECF No. 1] should be dismissed without prejudice.

## III. CONCLUSION

The Court agrees with Judge Rath’s recommendation and adopts his findings and conclusions in full. The Report [ECF No. 10] is hereby ADOPTED and the action is DISMISSED WITHOUT PREJUDICE.

A separate final judgment will be entered pursuant to Federal Rule of Civil Procedure 58.

SO ORDERED, this the 2 day of September, 2026.

/s/David C. Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE